# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| Case No.: | 15-20958 | Trustee Name: | Randall L. Frank |
| Case Name: | BINRAX, LLC | Date Filed (f) or Converted (c): | 04/30/2015 (f) |
| For the Period Ending: | 06/30/2015 | §341(a) Meeting Date: | 06/09/2015 |
| | | Claims Bar Date: | 10/22/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining** |
| Ref. # | | | | | | |
| 1 | Checking account at Bank of America | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Checking account at Huntington Bank Account ending 2428 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Checking account at Huntington Bank Account ending 1584 | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Security Deposits Mid-State Printing, Inc. (property lease) $2500.00 City of Ithaca (water/sewer services) $150.00 Penske (tractor/trailer rentals) $5000.00 | $7,650.00 | $7,650.00 | | $4,092.00 | FA |
| 5 | Accounts Receivable Ernest Industries Acquisition, Inc. d/b/a Ernest Industries, was invoiced for all work, but was and is owed a substantial amount of money. In repayment, Ernest Industries took a total of 52.5% discount on all invoices from Debtor since January 2014. 2.5% per invoice was asserted as interest. Invoices went out weekly and averaged between $100,000.00 and $120,000.00. 50% of each invoice was applied toward the loan principle. Ernest Industries loaned money to the Debtor by paying for raw materials. Amount owed to Ernest Industries is $660,000.00 and consist soley of the invoice dated 2/26/2015. Debtor has no other account receivable. Ernest Industries is operating a sucessor company to the Debtor. | $25,000.00 | $25,000.00 | | $0.00 | FA |
| 6 | Customer List: Ernest Industries was the sole customer at the date of filing. | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Office Supplies: Miscellaneous hand tools, shelving, work benches, air compressor, office furniture, and supplies | $15,000.00 | $15,000.00 | | $0.00 | FA |

| | | |
|---|---|---|
| **SUBTOTALS** | $0.00 | $0.00 |

| | |
|---|---|
| **Case No.:** | 15-20958 |
| **Case Name:** | BINRAX, LLC |
| **For the Period Ending:** | 06/30/2015 |

| | |
|---|---|
| **Trustee Name:** | Randall L. Frank |
| **Date Filed (f) or Converted (c):** | 04/30/2015 (f) |
| **§341(a) Meeting Date:** | 06/09/2015 |
| **Claims Bar Date:** | 10/22/2015 |

| | | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining** |
| 8 | | Inventory: 1. Steel $200,000.00 (Ernest Industries took possession on 2/26/2015) 2. Steel, purchased parts, and raw materials $50,000.00. (on-site) | $250,000.00 | $250,000.00 | | $0.00 | FA |
| 9 | | Potential lawsuit against Ernest Industries for conversion of steele, interferance with business oportunity. | $0.00 | Unknown | | $0.00 | Unknown |
| 10 | | Unused retainer                      (u) | $547.00 | $547.00 | | $547.00 | $0.00 |

**TOTALS (Excluding unknown value)**                                                                     **Gross Value of Remaining Assets**

|  | $298,197.00 | $298,197.00 | | $4,639.00 | $0.00 |
|---|---|---|---|---|---|

---

**Major Activities affecting case closing:**

06/24/2015      Administering various assets, including 546 action.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/30/2016 | /s/ RANDALL L. FRANK |
| **Current Projected Date Of Final Report (TFR):** | 06/30/2016 | RANDALL L. FRANK |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.**        15-20958

**Case Name:**        BINRAX, LLC

**Primary Taxpayer ID #:**        **-***8350

**Co-Debtor Taxpayer ID #:**

**For Period Beginning:**        07/01/2014

**For Period Ending:**        06/30/2015

**Trustee Name:**        Randall L. Frank

**Bank Name:**        Bank of Texas

**Checking  Acct #:**        ******2239

**Account Title:**

**Blanket bond (per case limit):**        $2,000,000.00

**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/01/2015 | (10) | Keller & Almassian, PLC | Unused legal retainer | 1290-000 | $547.00 | | $547.00 |
| 06/09/2015 | (4) | Penske Truck Leasing | Security Deposit | 1129-000 | $4,092.00 | | $4,639.00 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,629.00 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | $4,639.00 | $10.00 | $4,629.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $4,639.00 | $10.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $4,639.00 | $10.00 | |

**For the period of  07/01/2014 to 06/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,639.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,639.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $10.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 05/27/2015  to 6/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,639.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,639.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10.00 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp  Disbursement | $10.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 15-20958 |
| Case Name: | BINRAX, LLC |
| Primary Taxpayer ID #: | **-***8350 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 07/01/2014 |
| For Period Ending: | 06/30/2015 |

| | |
|---|---|
| Trustee Name: | Randall L. Frank |
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******2239 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $4,639.00 | $10.00 | $4,629.00 |

**For the period of 07/01/2014 to 06/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,639.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,639.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/27/2015 to 6/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,639.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,639.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10.00 |
| Total Internal/Transfer Disbursements: | $0.00 |