# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| Case No.: | 15-20958 | Trustee Name: | | Randall L. Frank |
| Case Name: | BINRAX, LLC | Date Filed (f) or Converted (c): | | 04/30/2015 (f) |
| For the Period Ending: | 06/30/2016 | §341(a) Meeting Date: | | 06/09/2015 |
| | | Claims Bar Date: | | 10/22/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Checking account at Bank of America | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Checking account at Huntington Bank Account ending 2428 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Checking account at Huntington Bank Account ending 1584 | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Security Deposits Mid-State Printing, Inc. (property lease) $2500.00 City of Ithaca (water/sewer services) $150.00 Penske (tractor/trailer rentals) $5000.00 | $7,650.00 | $7,650.00 | | $4,092.00 | FA |
| 5 | Accounts Receivable Ernest Industries Acquisition, Inc. d/b/a Ernest Industries, was invoiced for all work, but was and is owed a substantial amount of money. In repayment, Ernest Industries took a total of 52.5% discount on all invoices from Debtor since January 2014. 2.5% per invoice was asserted as interest. Invoices went out weekly and averaged between $100,000.00 and $120,000.00. 50% of each invoice was applied toward the loan principle. Ernest Industries loaned money to the Debtor by paying for raw materials. Amount owed to Ernest Industries is $660,000.00 and consist soley of the invoice dated 2/26/2015. Debtor has no other account receivable. Ernest Industries is operating a sucessor company to the Debtor. | $25,000.00 | $25,000.00 | | $0.00 | FA |
| 6 | Customer List: Ernest Industries was the sole customer at the date of filing. | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Office Supplies: Miscellaneous hand tools, shelving, work benches, air compressor, office furniture, and supplies | $15,000.00 | $15,000.00 | | $0.00 | FA |

| | | | | | |
|---|---|---|---|---|---|
| **SUBTOTALS** | | | | $0.00 | $0.00 |

| Case No.: | 15-20958 | | Trustee Name: | Randall L. Frank |
|---|---|---|---|---|
| Case Name: | BINRAX, LLC | | Date Filed (f) or Converted (c): | 04/30/2015 (f) |
| For the Period Ending: | 06/30/2016 | | §341(a) Meeting Date: | 06/09/2015 |
| | | | Claims Bar Date: | 10/22/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining |
| 8 Inventory: 1. Steel $200,000.00 (Ernest Industries took possession on 2/26/2015) 2. Steel, purchased parts, and raw materials $50,000.00. (on-site) | $250,000.00 | $250,000.00 | | $4,300.00 | FA |
| 9 Potential lawsuit against Ernest Industries for conversion of steele, interferance with business oportunity. | $0.00 | $80,000.00 | | $0.00 | $80,000.00 |
| 10 Unused retainer (u) | $547.00 | $547.00 | | $10,047.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $298,197.00 | $378,197.00 | | $18,439.00 | $80,000.00 |

**Major Activities affecting case closing:**

06/22/2016  Awaiting final discovery from 2004 Examination.
06/24/2015  Administering various assets, including 546 action.

**Initial Projected Date Of Final Report (TFR):** 06/30/2016    /s/ RANDALL L. FRANK

**Current Projected Date Of Final Report (TFR):** 12/31/2016    RANDALL L. FRANK

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | |
|---|---|---|
| **Case No.** 15-20958 | **Trustee Name:** | Randall L. Frank |
| **Case Name:** BINRAX, LLC | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** **-***8350 | **Checking Acct #:** | ******2239 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 07/01/2015 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** 06/30/2016 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/01/2015 | (10) | Keller & Almassian, PLC | Unused legal retainer | 1290-000 | $547.00 | | $547.00 |
| 06/09/2015 | (4) | Penske Truck Leasing | Security Deposit | 1129-000 | $4,092.00 | | $4,639.00 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,629.00 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,619.00 |
| 08/06/2015 | (8) | Mid-State Printing | Inventory | 1129-000 | $4,300.00 | | $8,919.00 |
| 08/17/2015 | (10) | Keller & Almassian, PLC | Disgorgement of attorney for debtor corporation fees. | 1290-000 | $9,500.00 | | $18,419.00 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $17.59 | $18,401.41 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.73 | $18,372.68 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.64 | $18,343.04 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.64 | $18,314.40 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.55 | $18,284.85 |
| 01/04/2016 | 3001 | Myers-Reese Insurance Agency | Bond Payment | 2300-000 | | $34.58 | $18,250.27 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.38 | $18,220.89 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $27.43 | $18,193.46 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.27 | $18,164.19 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.28 | $18,135.91 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.18 | $18,106.73 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.19 | $18,078.54 |

| | | | |
|---|---|---|---|
| **TOTALS:** | | $18,439.00 | $360.46 | $18,078.54 |
| Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| **Subtotal** | | $18,439.00 | $360.46 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| **Net** | | $18,439.00 | $360.46 | |

| For the period of 07/01/2015 to 06/30/2016 | | For the entire history of the account between 05/27/2015 to 6/30/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $13,800.00 | Total Compensable Receipts: | $18,439.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,800.00 | Total Comp/Non Comp Receipts: | $18,439.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $350.46 | Total Compensable Disbursements: | $360.46 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements: | $350.46 | Total Comp/Non Comp Disbursement | $360.46 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| Case No. | 15-20958 | Trustee Name: | Randall L. Frank |
| Case Name: | BINRAX, LLC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8350 | Checking Acct #: | ******2239 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2015 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $18,439.00 | $360.46 | $18,078.54 |

**For the period of 07/01/2015 to 06/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $13,800.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $350.46 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $350.46 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/27/2015 to 6/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $18,439.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,439.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $360.46 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $360.46 |
| Total Internal/Transfer Disbursements: | $0.00 |